Andrew T. Koenig, SBN: 158431
Attorney at Law
353 Sanjon Road
Ventura, CA 93001
Tel. 805 653-0284
FAX: 805 643-3062
Email: andrewtkoenig@hotmail.com

Attorney for plaintiff Neill Randle

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| NEILL RANDLE,<br><br>    Plaintiff,<br><br>    v.<br><br>MICHAEL J. ASTRUE, COMMISSIONER OF SOCIAL SECURITY,<br><br>    Defendant. | No. CV 09-6678-AJW<br><br>JUDGMENT DISMISSING CASE WITH PREJUDICE |

JUDGEMENT IS ISSUED that based upon the parties' Stipulation for Dismissal with Prejudice, this matter is hereby dismissed with prejudice.

Dated: May 7, 2010

_____
UNITED STATES MAGISTRATE JUDGE

1